SALMON SPAWNING & RECOVERY ALLIANCE, *et al.*, Plaintiffs, v. W. RALPH BASHAM, *et al.*, Defendants.

Court No. 06–00191

### *JUDGMENT ORDER*

BARZILAY, Judge: Upon reading Plaintiffs' motion for judgment on the agency record and Defendants' motion to dismiss and the parties' responses and replies thereto, and upon due deliberation, it is hereby

ORDERED that Plaintiffs' motion for judgment on the agency record is DENIED; and it is further

ORDERED that Defendants' motion to dismiss is GRANTED.

---

ior in this case because Customs retains discretion to modify its policies. *See* Tr. 22–23. However, as the Court of Appeals for the Ninth Circuit noted, the Land and Resource Management Plans ("LRMPs") implemented by the United States Forest Service at issue in *Pacific Rivers Council* "are comprehensive management plans governing a multitude of individual projects." *Pac. Rivers Council*, 30 F.3d at 1053. As such, LRMPs constitute "ongoing agency action[s]" by the Forest Service, unlike Customs' alleged failure to enforce the importation prohibitions on endangered salmon. *Id.* The same factors distinguish the present case from *Environmental Protection Information Center v. Simpson Timber Company. See, e.g.*, 255 F.3d at 1079; *see* Tr. 24–25.

[14]Because the Court lacks jurisdiction to entertain this matter, Plaintiffs' motion for reconsideration of the court's November 21, 2006 denial of Plaintiffs' motion to supplement the agency record is denied.